# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

**GREG HOROS,** an individual, and **MELISSA ADELE ROSEN,** an individual

    Plaintiffs;

  v.

**LOCOL, LLC,** a California limited liability company, **ROY CHOI,** an individual, **DANIEL PATTERSON,** an individual, **and DOES 1-10, inclusive,**

    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. CV14-08065-MWF (MRWx)
(Honorable Michael W. Fitzgerald)

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs Greg Horos and Melissa Adel Rosen's Motion for Preliminary Injunction ("Motion") came for hearing on December 15, 2014 before this Court. The Court, having considered the parties' submissions in support of and in opposition to the Motion, and the arguments of counsel, and good cause appearing therefore, it is hereby:

**ORDERED** that Plaintiffs' Motion is **GRANTED**, and;

**IT IS FURTHER ORDERED** that Defendants Locol, LLC, Roy Choi, Daniel Patterson and their officers, agents, servants, representatives, employees, attorneys, successors and/or assigns, and all other persons acting in concert with them are, pending trial on the merits and/or otherwise until further order of the Court, preliminarily enjoined from:

    a.  committing any further acts of trademark infringement,

    b.  using "Loco'l", or any term that is likely to be confused with the "Locali" trademarks, as a trademark, trade name, or service mark in connection with their restaurants and café services,

    c.  engaging in any activity constituting unfair competition with "Locali", or acts and practices that deceive customers, the public and/or trade, including without limitation, the use of "Loco'l" or any term that is likely to be confused with the "Locali" trademarks.

**IT IS SO ORDERED**

DATED: _____          _____
                                 HON. MICHAEL W. FITZGERALD
                                 JUDGE OF THE UNITED STATES
                                 DISTRICT COURT

-1-

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

**PROOF OF SERVICE**

I, Dimiana Saad, am over the age of 18 years and not a party to this action. My business address is:  Law Offices of Gerard Fox, Inc., 1880 Century Park East, Suite 815, Los Angeles, CA 90067.

On November 13, 2014, I served the following document entitled

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

on the person(s) listed in the attached Service List.  The documents were served by the following means:

| | |
|---|---|
| ☐ | **OFFICE MAIL:**  By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collections and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business. |
| ☐ | **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid. |
| ☐ | **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid. |
| ☐ | **HAND DELIVERY:**  I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list. |
| ☒ | **FEDERAL EXPRESS:**  By placing in sealed envelope(s) designated by Federal Express with delivery fees paid or provided for, which I deposited in a facility regularly maintained by Federal Express of delivered to a Federal Express courier, at Los Angeles, California. |
| ☐ | **ELECTRONIC MAIL:**  By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list. |
| ☐ | **FAX:**  By transmitting the document by facsimile transmission. The transmission was reported as complete and without error. |
| ☒ | **By CM/ECF Electronic Service:**  I caused such document to be served via the Court's (NEF) electronic filing system on all registered parties. |

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 13, 2014

_____
Dimiana Saad

---

PROOF OF SERVICE

**<u>Service List</u>**

| | |
|---|---|
| Doug Lipstone<br>Weinberg Gonser LLP<br>10866 Wilshire Blvd.<br>Suite 1650<br>Los Angeles, California 90024 | Attorney for Defendants |