UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 14-8065-MWF(MRWx)**                    Dated: **February 2, 2015**

Title:      Greg Horos, et al. -*v*- Locol, LLC, et al.

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

Rita Sanchez                          Rosalyn Adams
Courtroom Deputy                      Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

Gerard P. Fox                         Douglas Lipstone
Lauren Michelle Greene                Robert Tauler

**PROCEEDINGS:       MOTION FOR PRELIMINARY INJUNCTION**

The Courtroom Deputy Clerk distributes the Court's tentative ruling prior to the case being called.

Case called, and counsel make their appearance.  The Court hears oral argument from counsel and takes the matter under submission.  An order will issue.

Initials of Deputy Clerk   rs

-1-                               :35 min