DOUGLAS LIPSTONE
doug@weinberg-gonser.com
ROBERT TAULER
rob@weinberg-gonser.com
WEINBERG GONSER LLP
10866 WILSHIRE BLVD., SUITE 1650
LOS ANGELES, CA  90024
Telephone: (424) 239-2862

Attorneys for Defendants
Locol, LLC, Roy Choi and Daniel Patterson

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG HOROS, an individual, and MELISSA ADELE ROSEN, an individual | Case No. CV14-08065-MWF (MRWx) (Honorable Michael W. Fitzgerald) |
| Plaintiffs; | |
| v. | **STIPULATION FOR DISMISSAL** |
| LOCOL, LLC, a California limited liability company, ROY CHOI, an individual, DANIEL PATTERSON, an individual, and DOES 1-10, inclusive, | . |
| Defendants. | |

TO THE COURT:  The parties have reached a binding settlement and hereby request voluntary dismissal of the entire action, with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

June 2, 2015                              LAW OFFICES OF GERARD FOX, INC.


                                          By: __/s/_____
                                          GERARD P. FOX
                                          LETICIA M. KIMBLE
                                          LAUREN M. GREENE
                                          Attorneys for Plaintiffs and Counter-
                                          Defendants Greg Horos and
                                          Melissa Adele Rosen


June 2, 2015                              WEINBERG  GONSER LLP


                                          By: __/s/_____
                                          DOUG LIPSTONE
                                          ROBERT TAULER
                                          Attorneys for Defendants and
                                          Counter-Claimants Locol, LLC, Roy Choi
                                          and Daniel Patterson

-1-
STIPULATION FOR DISMISSAL